1012

MICHAEL FEWEL, *Appellant*, v. SWEDISH MEDICAL CENTER,
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 97-2-08770-8, George A. Finkle, J., entered
June 19, 1998. *Affirmed* by unpublished opinion per Baker,
J., concurred in by Cox and Appelwick, JJ.


[No. 42661-3-I.    Division One.    August 30, 1999.]

SPAN ALASKA ENTERPRISES, INC., *Appellant*, v. JOHN SPURR,
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 97-2-12826-9, Nicole MacInnes, J., entered
April 10, 1998. *Affirmed in part* and *reversed in part* by un-
published opinion per Coleman, J., concurred in by Cox
and Appelwick, JJ.


[No. 42673-7-I.    Division One.    August 30, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. C.H.,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 98-8-01164-7, Laura Inveen, J., entered May 7,
1998. *Affirmed* by unpublished opinion per Ellington, J.,
concurred in by Coleman and Grosse, JJ.


[No. 42731-8-I.    Division One.    August 30, 1999.]

ROBERT E. HIBBS, ET AL., *Respondents*, v. CATHERINE E.
GUTSCHMIDT, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-2-22095-5, Richard D. Eadie, J., entered
May 1, 1998. *Affirmed in part* and *reversed in part* by un-
published opinion per Agid, A.C.J., concurred in by Becker
and Ellington, JJ.